**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| Elisabeth A. Shumaker  | February 10, 2012 | Douglas E. Cressler |
|---|---|---|
| Clerk of Court |  | Chief Deputy Clerk |

Jason Bowles
B.J. Crow
Monnica L. Garcia
Bowles & Crow
P.O. Box 25186
Albuquerque, NM 87125-5186

**RE:**     **11-2198, United States v. Ahrensfield**
            Dist/Ag docket: 1:09-CR-03457-JAP-1

Dear Counsel:

Appellant's brief is deficient because:

There are no copies of pertinent written findings, conclusions, opinions or orders, nor transcript of oral findings, conclusions, opinions or orders. See 10th Cir. R. 28.2(A). The order(s) appealed must be submitted as an attachment to the brief. In matters seeking review of a BIA decision, the transcript of the immigration judge's ruling must be attached.

You may correct the stated deficiency by one of the following methods:

1. Filing a corrected brief with the clerk (filing constitutes submitting a corrected brief via the court's Electronic Case Filing system [ECF] and providing the clerk with seven hardcopies of the corrected brief).
2. Filing a corrected brief via ECF and making arrangements with the clerk's office to have the deficient hardcopies of the brief picked up and returned at the party's expense so that it can be corrected and returned to the clerk. The court will not pay postage or other costs.
3. File the omitted attachment with the clerk via ECF (use the event code "errata sheet filed") and file seven hardcopies of the omitted attachment(s) with the clerk.

> The clerk will affix the omitted attachment(s) to the end of the brief. You do not need to refile the brief.

A separate notice regarding an appendix has been issued. Please note that references to the record in the brief should be made in accordance with 10th Cir. R. 28. You may need to file a corrected brief with citations to the appendix included (rather than an errata to correct the deficiency referenced above).

Corrections, however made, must be accompanied by proof of service on all other parties to the appeal.

The time to file a response brief will run from the date of service of appellant's corrected brief and appendix.

If you fail to correct the stated deficiencies within 10 days of the date of this letter, the deficient brief will not be filed. In addition, the appeal may be dismissed without further notice.

Please contact this office if you have questions.

                                        Sincerely,

                                        Elisabeth A. Shumaker
                                        Clerk of the Court

cc:      Gregory J. Fouratt
          Tara C. Neda

EAS/sls