# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker　　　　　　　　May 23, 2012　　　　　　　　Douglas E. Cressler
Clerk of Court　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Deputy Clerk

Jason Bowles
B. J. Crow
Monnica L. Garcia
Bowles & Crow
P.O. Box 25186
Albuquerque, NM 87125-5186

**RE:**　　**11-2198, United States v. Ahrensfield**
　　　　　Dist/Ag docket: 1:09-CR-03457-JAP-1

Dear Counsel:

Appellant's reply brief presented for filing contains too many pages or exceeds the type-volume limit. *See* Fed. R. App. 32(a)(7). You must file a motion to exceed the brief length limit or file a substitute brief that complies with the limit.

Corrections, however made, must be accompanied by proof of service on all other parties to the appeal.

If you fail to correct the stated deficiency within 10 days of the date of this letter, the deficient brief will not be filed.

Please contact this office if you have questions.

　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　　Elisabeth A. Shumaker
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

cc:　　Gregory J. Fouratt
　　　　Tara C. Neda

EAS/sls