

U.S. Department of Justice
United States Attorney
District of New Mexico

---

| | |
|---|---|
| Post Office Box 607 | 505/346-7274 |
| Albuquerque, NM 87102 | 505/346-7224 |
| | FAX 505/346-7296 |

October 5, 2012

Elisabeth Shumaker, Clerk
United States Court of Appeals, Tenth Circuit
The Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257

      Re:   *United States v. Brad Ahrensfield,* No. 11-2198; Supplemental Authority Pursuant to Fed. R. App. P. 28(j).

Dear Ms. Shumaker:

      The Court heard oral argument in this case on September 27, 2012. Near the conclusion of the United States' presentation, the undersigned invoked the case of "*United States v. Fields*" in arguing that the quantum of evidence admitted at trial was sufficient to permit a reasonable jury to find the defendant guilty beyond a reasonable doubt. The undersigned described the decision as being rendered in October 2009 and involving the affirmance of the conviction of a layperson who disclosed to the target of a drug investigation the true identity of the undercover officer to whom the target had been selling drugs. As the Court likely knows from reading the parties' briefs, the decision to which the undersigned actually meant to refer was *United States v. Phillips*, 583 F.3d 1261 (10th Cir. 2009) (Tacha, C.J., Holloway and Gorsuch, JJ). There is no *Fields* decision in any brief filed by either party. The undersigned regrets this error and apologizes to the Court and counsel for any confusion it may have caused.

                                                     Sincerely yours,

                                                   KENNETH J. GONZALES
                                                   United States Attorney
                                                   *s/ Gregory J. Fouratt*
                                                   GREGORY J. FOURATT
                                                   Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

      I CERTIFY that I filed the foregoing document on October 5, 2012 using the appellate CM/ECF system. I ALSO CERTIFY that Jason Bowles, attorney for Defendant-Appellant Brad Ahrensfield, is a registered CM/ECF user, and service will be accomplished by the appellate CM/ECF system. I FURTHER CERTIFY that the body of this letter contains 170 words, and the digital submission of this document has been scanned for viruses with scanning program Trend Micro OfficeScan Client for Windows 2003/XP/2000/NT, version 7.3, most recently updated on 10/4/12 and, according to the program, the file is free of viruses.

                                                *s\ Gregory J. Fouratt*
                                                GREGORY J. FOURATT
                                                Assistant U.S. Attorney